IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN MACKSON, SR.,

    Plaintiff,                   No. CIV S-07-0551 LKK DAD P

    vs.

DR. ROCHE, et al.,

    Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        By order filed July 23, 2008, this court directed plaintiff to file, within thirty days, a status report. Thirty days have since passed, and plaintiff has not filed a status report or otherwise responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110.

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections

/////

/////

1

1   within the specified time may waive the right to appeal the District Court's order. Martinez v.
2   Ylst, 951 F.2d 1153 (9th Cir. 1991).
3   DATED: September 4, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7   DAD:lg
    mack0551.fsr

2