IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN MACKSON, SR.,

       Plaintiff,                        No. CIV S-07-0551 LKK DAD P

     vs.

DR. ROCHE, et al.,

       Defendants.               <u>ORDER</u>

/

       Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

       Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within ten days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: September 17, 2008.

                                                                  /s/ Dale A. Drozd
                                                                  DALE A. DROZD
                                                                  UNITED STATES MAGISTRATE JUDGE

DAD:ak
mack0551.59a