IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN MACKSON, SR.,

      Plaintiff,                    No. CIV S-07-0551 LKK DAD P

    vs.

DR. ROCHE, et al.,

      Defendants.              ORDER

/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Defendants do not oppose plaintiff's request. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: September 23, 2008.

                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

DAD:9
mack0551.59